848

No. 85–154. PFLUGER v. ILLINOIS DEPARTMENT OF REVENUE ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–158. RUTTER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 85–160. HUME, ADMINISTRATRIX OF THE ESTATE OF HUME v. DURWOOD MEDICAL CLINIC, INC., ET AL. Ct. App. S. C. Certiorari denied.

No. 85–161. GARCIA v. SOUTHERN PACIFIC TRANSPORTATION Co. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 85–165. BONWICH v. BONWICH. Sup. Ct. Utah. Certiorari denied.

No. 85–166. AMERICAN STEAMSHIP CO. v. OBAD. Ct. App. Mich. Certiorari denied.

No. 85–167. HAWLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–168. GINNODO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 85–169. CHAPMAN ET AL. v. STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–171. UGARTE v. UNITED STATES LINES, INC. Ct. App. N. Y. Certiorari denied.

No. 85–174. LUNDY v. UNION CARBIDE CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–176. TRANSCON LINES, INC. v. JOSEPH SCHLITZ BREWING Co. C. A. 7th Cir. Certiorari denied.

No. 85–181. COLLINS CO., INC., ET AL. v. TECTONICS, INC. OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.